MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

AMBER TERRY

          Plaintiff(s),

Case No. 2:14-14579

v.

Judge Gershwin A. Drain

SYNCHRONY FINANCIAL d/b/a Synchrony Bank
f/k/a GE Capital Retail Bank

Magistrate Judge Elizabeth A. Stafford

          Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Synchrony Financial

makes the following disclosure: (NOTE: A negative report, if appropriate, is required.)

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☑   No ☐

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: General Electric Company ("GE")
   Relationship with Named Party: Synchrony Financial is a partially owned subsidiary of GE

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐   No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: February 9, 2015

/s/ Alan J. Taylor

P51660
Segal McCambridge Singer & Mahoney, Ltd
39475 Thirteen Mile Road
Suite 203
Novi, MI 48377
(248) 994-0063
ataylor@smsm.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

AMBER TERRY,

          Plaintiff,

v

SYNCHRONY FINANCIAL
d/b/a Synchrony Bank f/k/a GE Capital Retail Bank,

          Defendant.

Case No. 2:14-CV-14579
Hon. Gershwin A. Drain

---

| | |
|---|---|
| ADAM T. HILL<br>KROHN & MOSS, LTD.<br>Attorneys for Plaintiff<br>10 N. Dearborn St., 3rd Floor<br>Chicago, IL 60602<br>(312) 578-9428   (866) 802-0021 [Fax]<br><br>CHRISTOPHER C. HUNTER (P54851)<br>BAUER & HUNTER, PLLC<br>Attorneys for Plaintiff<br>25240 Lahser, Suite 2<br>Southfield, MI 48033<br>(248) 742-9111   (248) 742-9084 [Fax] | ALAN J. TAYLOR (P51660)<br>SEGAL McCAMBRIDGE SINGER & MAHONEY<br>Attorney for Defendant<br>39475 Thirteen Mile Road, Suite 203<br>Novi, MI 48377<br>(248) 994-0060   (248) 994-0061 [Fax] |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on February 9, 2015, a copy of Defendant Synchrony Financial's Statement of Disclosure of Corporate Affiliations and Financial Interest was served upon the attorneys of record of all parties to the above cause by electronic filing with the Clerk of the Court using the ECF System which will send notification of such filing to the foregoing. I declare under the

penalty of perjury that the statement above is true to the best of my information, knowledge and belief.

                              SEGAL McCAMBRIDGE SINGER & MAHONEY

                              BY: /s/ Alan J. Taylor
                              ALAN J. TAYLOR (P51660)
                              Attorney for Defendant Synchrony Financial
                              39475 Thirteen Mile Road, Suite 203
                              Novi, MI 48377
                              (248) 994-0060
                              ataylor@smsm.com

Dated: February 9, 2015